dismiss appeal denied, with ten dollars costs.     Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Judicial Settlement of the Account of HEDLEY TITLEY, as Administrator of JOHN MURRAY TITLEY, Deceased.— Motion to dismiss appeal granted, with ten dollars costs.     Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LEONARD O. GLEASON v. ALWYN BALL, JR., and Others.— Motion to dismiss appeal granted, with ten dollars costs.     Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LEONARD O. GLEASON v. ALWYN BALL, JR., and Others.— Motion to dismiss appeal granted, with ten dollars costs.     Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

NEW YORK STATE SOCIETY OF NATUROPATHS, INC., v. BENEDICT LUST.— Motion to dismiss appeal granted, with ten dollars costs.     Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES BURKE, INC., v. CAULDWELL-WINGATE COMPANY and Another.— Motion to dismiss appeal granted, with ten dollars costs.     Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CORTLANDT INVESTING AND OPERATING CORPORATION v. LYNETTA REALTY CORPORATION, Impleaded with BRENNER PAINTING Co., INC.— Motion to dismiss appeal granted, with ten dollars costs.     Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DORA FINKELSTEIN and Others v. ST. JOHN BOULEVARD CORPORATION, Impleaded with BRENNER PAINTING Co., INC.— Motion to dismiss appeal granted, with ten dollars costs.     Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM WEINROTH v. ARTHUR UYTTERHAGER.— Motion to dismiss appeal denied on condition that the appellant procure the record on appeal and appellant's points to be filed so that appeal can be argued on or before November 30, 1926.     Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOHN P. MAHONEY and Others v. ISABEL VERNON COOK.— Motion to dismiss appeal granted, with ten dollars costs.     Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THOMAS H. SYMINGTON v. IDA MAY SYMINGTON.— Motion to dismiss appeal denied.     Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACOB LARUS v. HAB DEVELOPMENT CORPORATION and Another, Impleaded with SADIE GERTNER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK, as Substituted Trustee, etc., of ELLA S. HOFFMAN, Deceased, v. OLGA BAES, Impleaded with ALBERT EDWARD OSWALD.— Motion denied, with ten dollars costs.     Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

9TH AVE. & 42D STREET CORPORATION and Others v. LOUIS ZIMMERMAN.— Motion denied, with ten dollars costs.     Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

GUSTAVUS W. RAYNOLDS and Others v. BROWNING, KING & COMPANY, Impleaded with TITLE GUARANTEE AND TRUST COMPANY and Others.— Motion denied, with ten dollars costs.     Present — Clarke, P. J., Merrell, Finch and Martin, JJ.